UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:15-cv-2542 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHARP, | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 21, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2016, are adopted in full;

2. Defendant's motion to revoke plaintiff's in forma pauperis status (ECF No. 10) is granted; and

3. Plaintiff is ordered to pay the $400.00 filing fee within twenty-one days. Failure to pay the filing fee will result in the dismissal of this action.

Dated: July 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge