UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:15-cv-2542 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHARP, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 14, 2016, plaintiff was ordered to pay the $400.00 filing fee within twenty-one days, and warned that failure to pay the filing fee would result in the dismissal of this action. Twenty-one days have passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  October 27, 2016

                                                                   
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28